HENRI PLESSNER, Respondent, *v.* CONTINENTAL CASUALTY COMPANY, Appellant.

Argued December 4, 1945; decided January 18, 1946.

*Borris M. Komar* for appellant.
*Herman S. Axelrod* for respondent.

Order affirmed, with costs. Question certified answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: MEDALIE, J.